United States Courts
Southern District of Texas
ENTERED

OCT 1 7 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT P. BERG § <br> D/B/A BOB BERG BUCKLES § <br> D/B/A SILVERDALES, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JOANNE SYMONS § <br> D/B/A HYOSILVER, § <br> § <br> ET. AL § <br> § <br> Defendants. § | CIVIL ACTION NO. H-03-2683 |

## PROPOSED FINAL JUDGMENT AND ORDER OF INJUNCTION

This action came on for bench trial before the Court, Honorable Lee H. Rosenthal, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

It is Ordered and Adjudged:

That the Plaintiff Robert P. Berg d/b/a Bob Berg Buckles d/b/a Silverdales ("Berg") recover of the Defendant Joanne Symons d/b/a Hy O Silver ("Symons") statutory damages in the amount of $2,000 for each of the forty works that Symons stipulated to infringing, for a total of $80,000, with pre-judgment and post-judgment interest thereon at the rate of percent as provided by law. Plaintiff shall also recover his reasonable costs of court from Symons, pursuant to 17.U.S.C. § 505. Each party shall bear its own attorneys' fees;

That the Defendant Joanne Symons d/b/a Hy O Silver and her agents, servants, employees, attorneys, and those acting in concert with her are hereby permanently enjoined from producing or selling jewelry or belt buckles using any design copyrighted by Bob Berg or Bob Berg Buckles; and

That the Defendant Joanne Symons d/b/a Hy O Silver and her agents, servants, employees, attorneys, and those acting in concert with her deliver to the Plaintiff all copies of molds, dies, and jewelry in her possession or control no later than October 28, 2005.

That Plaintiff Berg has not established a protectable trade dress and therefore shall take nothing in relation to his causes of action for violations of Section 43(a) of the Lanham Act and the Texas Antidilution Act;

That Plaintiff Berg take nothing for his causes of action for common law trademark infringement and unfair competition as well as false advertising;

That Defendant Symons has not satisfied the requirements for recovery on her counterclaim for tortiuous interference and therefore shall take nothing for her counterclaim.

Dated at Houston, Texas, this 14th day of October, 2005.

_____
Lee H. Rosenthal
United States District Judge

ACCEPTED AND AGREED AS TO FORM:


GOLDEN & RHODES, LLP


By:   /s/ Philip Golden
      Philip T. Golden
      Attorney-in-Charge
      Texas State Bar No. 08089502
      S.D. Texas No. 14,138

6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (713) 592-6662
Facsimile: (713) 592-6632

ATTORNEY FOR PLAINTIFF,
ROBERT P. BERG d/b/a BOB BERG BUCKLES d/b/a SILVERDALES


GOLDSTEIN & FAUCETT, LLP


By:   /s/ Jody M. Goldstein
      Jody M. Goldstein
      Attorney-in-Charge
      Texas State Bar No. 24002153
      S.D. Texas No. 33841

1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737

ATTORNEY FOR DEFENDANT,
JOANNE SYMONS D/B/A HY O SILVER