IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT P. BERG<br>d/b/a BOB BERG BUCKLES<br>d/b/a SILVERDALES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOANNE SYMONS<br>d/b/a HY O SILVER, et al.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | United States Courts<br>Southern District of Texas<br>FILED<br>DEC 1 2 2005<br>Michael N. Milby, Clerk<br><br>Civil Action No. H-03-2683 |

### DECLARATION OF PHILIP T. GOLDEN
### IN SUPPORT OF PLAINTIFF ROBERT P. BERG'S MOTION FOR CONTEMPT

Philip T. Golden hereby declares:

　　1.　I am an attorney for the Plaintiff in this civil copyright infringement action.

　　2.　Attached hereto as Exhibit A is a true and correct copy of jewelry designs copyrighted in the '617 registration that is part of the above-styled copyright infringement action.

　　3.　Attached hereto as Exhibit B is a true and correct copy of the Hy O Silver website downloaded from the web on December 1, 2005.

　　4.　Attached hereto as Exhibit C is a true and correct copy of JoAnne Symons' Affidavit in Support of Her Motion for Contempt.

　　5.　Attached hereto as Exhibits D-M are side-by-side comparisons of the Berg jewelry designs from Exhibit A with Symons jewelry designs from Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

SIGNED this ___12th___ day of December, 2005 at Houston, Texas.

_____
Philip T. Golden

### CERTIFICATE OF SERVICE

I hereby certify that on December ___12___, 2005, a true and correct copy of the foregoing DECLARATION OF PHILIP T. GOLDEN IN SUPPORT OF PLAINTIFF ROBERT P. BERG'S MOTION FOR CONTEMPT was served on the following counsel of record, pursuant to the Federal Rules of Civil Procedure.

Ms. Jody M. Goldstein
Goldstein & Faucett, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737

_____
Philip T. Golden

# *Exhibit A*

Additional certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-091-617**

EFFECTIVE DATE OF REGISTRATION

**JUN 12 2000**
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ : Bob Berg Jewelry
NATURE OF THIS WORK ▼ See Instructions: Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼ : Bob Berg Buckles

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2a** NAME OF AUTHOR ▼ : Robert Peter Berg
DATES OF BIRTH AND DEATH
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ Australia
Domiciled in ▶ Texas, USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**2b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**3a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2000

**3b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ January   31   Year ▶ 2000
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Robert Peter Berg
P.O. Box 817
Cleburne, TX 76033

APPLICATION RECEIVED
MAY 07 2001   JUL 19 2001
ONE DEPOSIT RECEIVED
JUN 12 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Plaintiff's Exhibit 7
February 21, 2005
Case No. H-03-2683

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☒ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some items previously published

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new jewelry designs

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼         Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Robert Berg
P.O. Box 817
Cleburne, TX 76033

Area code and daytime telephone number ▶ 817-774-0459     Fax number ▶ 817-774-0461

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert Berg                                    Date ▶ 5-1-2001

Handwritten signature (X) ▼

| Mail certificate to: | Name ▼ Robert Peter Berg | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ P.O. Box 817<br>City/State/ZIP ▼ Cleburne, TX 76033 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br>MAIL TO:<br>Register of Copyrights, Library of Congress<br>101 Independence Ave., S.E.<br>Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e):* Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1997—300,000    ♻ PRINTED ON RECYCLED PAPER    ✩U.S. GOVERNMENT PRINTING OFFICE 1997-417-750/40.036



LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **BOB BERG JEWELRY** deposited in the Copyright Office with claim of copyright registered under number **VA 1-091-617**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on February 10, 2005.

Marybeth Peters
Register of Copyrights

By:   James B. Enzinna
Assistant Chief
Information and Reference
 Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# BARRETTS
## 1500 SERIES



1501
$149.00

1502
$149.00

1503
$119.00

1503-N
$95.00

1504
$139.00

1505
$129.00

Plaintiff's Exhibit 7-a
February 21, 2005
Case No. H-03-2683



## 2000 SERIES

**BRACELETS**

| 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|
| $349.00 | $395.00 | 6 - $329.00 | 6 - $329.00 |
|  |  | 2004 | 2005 |
|  |  | 7 - $349.00 | 7 - $349.00 |



2009
$495.00

2006
6 - $375.00

2006

2007
$495.00

2008
$338.00

2000
02



2025
$349.00

2026
$249.00

2027
$295.00

2028
$249.00

2029
$199.00

2030
$199.00



2035
$369.00

2036
$325.00

2036-N
$295.00

2037
$425.00

2038
$225.00





2020
$339.00



2021
$325.00



2022
$195.00



2023
$345.00

2023-N
$320.00



2024
$345.00





2039
$449.00



2040
$349.00



2041
$475.00





2075
$395.00



2076
$595.00



