# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROBERT P. BERG d/b/a BOB BERG BUCKLES d/b/a SILVERDALES, | § § § § |
| VS. | §   CIVIL ACTION NO. H-03-2683 § § |
| JOANNE SYMONS, *et al.*, | § § |
| Defendants. | § § |

## ORDER

Plaintiff's motion for contempt, (Docket Entry No. 107), based on the evidence and argument presented at the hearing held on January 11, 2006, is granted in part and denied in part, for the reasons stated on the record.

SIGNED on January 17, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge