**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROBERT P. BERG D/B/A** | § | |
| **BOB BERG BUCKLES D/B/A** | § | |
| **SILVERDALES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-03-2683** |
| | § | |
| **JOANNE SYMONS D/B/A** | § | |
| **HY O SILVER,** | § | |
| | § | |
| **Et al.** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF BOB BERG'S OPPOSITION TO MOTION TO OFFSET JUDGMENTS**

Plaintiff Robert P. Berg d/b/a Bob Berg Buckles d/b/a Silverdales hereby opposes Defendant Joanne Symon's Motion to Offset Judgments, and would show the Court as follows:

1.      The motion is improper as this case has been closed and Defendant has not filed a new case for the enforcement of any foreign judgment as an offset to a judgment entered by this Court. See, e.g. *Bonham State Bank v. Beadle*, 907 S.W.2d 465, 468 (Tex. 1995) ("A declaratory judgment action is an appropriate vehicle for the offset of two final judgments.")

2.      Even were this motion a proper vehicle for the offset of two final judgments, there is no final foreign judgment to offset against a final judgment entered by this Court.  The attorney fees order to which Defendant refers in the instant motion was not entered as a final judgment of the Bandera court and there is no evidence presented by the Defendant to show that it has.  Furthermore, to the extent that the attorney fees order can be considered a final judgment, both that order and the order granting Ms. Symons' motion to dismiss the Bandera case have already been appealed.  See,

-1-

"Amended Notice of Appeal" attached hereto as Exhibit "A". The Appellant's brief was filed on or about May 31, 2007. As such the requested relief is, at best, premature if not specious.

For at least the foregoing reasons, the Defendant's motion should be denied if considered at all.

**RESPECTFULLY SUBMITTED,**

**SETH & ASSOCIATES**

**Date**:  June 21, 2007                    **By:**   /s/ Sandeep Seth
                                                    Sandeep Seth
                                                    Attorney-in-Charge
                                                    Texas State Bar No. 18043000
                                                    S.D. Texas No. 433161
                                                    **SETH & ASSOCIATES**
                                                    6750 West Loop South, Suite 920
                                                    Bellaire, Texas 77401
                                                    Telephone: (713) 592-8500
                                                    Facsimile: (713) 592-8506

                                                    **ATTORNEY FOR PLAINTIFF,**
                                                    **ROBERT P. BERG D/B/A BOB BERG**
                                                    **BUCKLES D/B/A SILVERDALES**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above was electronically served on Defendant's counsel of record by virtue of being filed through the Court's CM/ECF system on June 21, 2007.


<u>   /s/ Sandeep Seth    </u>
Sandeep Seth