IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT P. BERG d/b/a BOB BERG BUCKLES d/b/a SILVERDALES, § § § § Plaintiff, § § v. § § JOANNE SYMONS d/b/a HY O SILVER, § *et al.*, § § Defendants. § | CIVIL ACTION NO. 03-2683 |

## MEMORANDUM AND OPINION ON MOTION TO OFFSET

Joanne Symons moves to offset the $15,000 remaining unpaid on the judgment awarded against her and in favor of Robert Berg in this court by a $25,000 judgment awarded against Robert Berg and in her favor in a Texas state court. Berg sued Symons in this court for copyright infringement, trade dress infringement, and unfair competition. He recovered $80,000 in statutory damages on his copyright infringement claim. In October 2005, the parties entered into a payment agreement. Symons owes Berg $15,000 on that judgment. On March 15, 2007, a Texas state court awarded Symons $25,000 in attorney's fees in a state court action between the parties. Symons now moves to offset the judgments.

Few federal courts have addressed requests to offset one judgment between parties by another, later judgment between the same parties. The First Circuit has described such an arrangement as an "innovative" equitable remedy that a court has broad discretion to grant

or deny. *Gen. Contracting & Trading Co., LLC v. Interpole, Inc.* 899 F.2d 109, 113 (1st Cir. 1990). In support of her motion, Symons relies on state cases primarily dating from the turn of the last century. She asserts only that "[t]he chore of paying each other is confusing and unnecessary" and that an offset "would greatly simplify this issue." (Docket Entry No. 117 at 3). In response, Berg points out that the state court judgment is on appeal. Berg also raises questions as to the appropriate procedural mechanism for seeking an offset. Symons has not responded to either of these concerns. Symons has failed to show that an offset should issue at this stage, based on a motion in a case closed in 2005, to offset a judgment issued in another case that is still pending on appeal.

Based on the present record, Berg's motion to offset (Docket Entry No. 117) is denied.

SIGNED on October 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge